AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

TIMOTHY L. JENNINGS
DOB: XX/XX/56
PDID: XXX-XXX

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 16, 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

by intimidation, take from the person or presence of another money, namely approximately $981, belonging to, and in the care, custody, control, management and possession of Wachovia Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am __BRIAN JACOB, Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant
BRIAN JACOB, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

_____
Date

at __Washington, D.C.__
   City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer