**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**
**TIMOTHY JENNINGS, PDID 296-481, DOB 10-04-1956**

I, Brian P. Jacob, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office, (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation. I have been so employed for approximately three years and am currently assigned to the Violent Crime Squad of the Washington Field Office and have been so assigned since December of 2005. I have participated in numerous investigations and search warrants resulting in the convictions of numerous defendants, including in bank robbery cases, and have many current open investigations, including threats and kidnaping cases. As part of my duties I have been assigned to investigate a robbery that occurred on December 16, 2005, at the Wachovia Bank located at 600 Maryland Avenue, S.W., Washington, D.C. Other members of the bank robbery squad have investigated robberies at Wachovia Bank, in the past and are aware that its deposits are insured by the Federal Deposit Insurance Corporation (FDIC).

2. The information contained in this affidavit was obtained by me and other law enforcement officers. This affidavit is in support of a complaint charging TIMOTHY JENNINGS with bank robbery, in violation of Title 18, United States Code, Section

-2-

2113(a).  The facts and information contained in this affidavit are based on my personal knowledge, witness interviews, and my review of documents, and materials containing the observations of others involved in this investigation.  This affidavit contains information necessary to support probable cause, and is not intended to include each and every fact and matter observed by me or known to the government.

3.  On December 16, 2005, at approximately 9:05 a.m., a lone black male, described by a witness as in his 30's to early 40's, about 5'9" to 6'1" tall, thin build, weighing approximately 180 pounds, wearing a uniform and hat of the Washington Metropolitan Transit Authority (WMATA), and large eyeglasses, walked into the Wachovia Bank located at 600 Maryland Avenue, S.W., Washington, D.C.  He presented a note to the victim teller that said, "I HAVE GUN AND A BOMB IN MY BAG.  YOU HAVE 30 SECONDS TO HAND OVER 20's, 50's + 100's ONLY.  NO DYE PACKS iF SO, YOU DiE!"  The teller gave him $981 from the teller drawer, and the robber left the bank on foot.

6.  This affiant and others reviewed the video surveillance photographs.  This affiant printed photographs of the robber standing at the victim teller window, and later interviewed an employee and supervisor at WMATA, who viewed the photographs and positively identified TIMOTHY JENNINGS.  TIMOTHY JENNINGS is a former employee of WMATA, who worked as bus driver along with the

-3-

employee (also a bus driver) for a period of one to two years. The supervisor recognized TIMOTHY JENNINGS as a bus driver that s/he had met with at the time of his termination, due to a drug problem, in October or November of 2005. According to the supervisor, WMATA bus drivers purchase their own uniforms and are not required to turn them in at the termination of their employemnt.

    7. This affiant also took the photograph from the bank surveillance video to the Court Services and Offender Supervision Agency (CSOSA). A CSOSA Officer viewed the photograph, reviewed official records, and identified the robber as TIMOTHY JENNINGS, DOB XX-XX-1956, PDID XXX-XXX, FBI #XXXXXXXXX.

    8. The demand note was taken from the bank as evidence, on the day of the robbery, and was submitted to the laboratory of the FBI Forensic Sciences Division, at Quantico, Virginia, Latent Fingerprint Unit. Known fingerprints samples of TIMOTHY JENNINGS, FBI #XXXXXXXXX, on file with Criminal Justice Information System (CJIS), were compared with latent fingerprints taken from the demand note, and were positively matched.

    9. Based on the above listed facts and circumstances, your affiant respectfully submits that there is probable cause to believe that TIMOTHY JENNINGS robbed the Wachovia Bank at 600 Maryland Avenue, S.W., Washington, D.C., on December 16, 2005, in violation of Title 18, United States Code, Section 2113(a), and

-4-

request an arrest warrant for that offense.

    8. Based on the above information, I believe probable cause exists to conclude that TIMOTHY JENNINGS, by intimidation, did take from the person or presence of another money, namely approximately $981, belonging to, and in the care, custody, control, management and possession of Wachovia Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

                                                        _____
                                                        Brian P. Jacob
                                                        Special Agent
                                                        Federal Bureau of Investigation

Subscribed and sworn to before me this \_\_\_ day of February, 2006.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE