UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                                                  Crim. No. 06-61 (JMF)

TIMOTHY JENNINGS,

      **Defendant.**

## DETENTION MEMORANDUM

This matter comes before me upon the application of the United States that the defendant be detained pending trial. After a hearing, the government's motion was granted, and this memorandum is submitted to comply with the statutory obligation that "the judicial officer shall—include written findings of fact and a written statement of the reasons for the detention." 18 U.S.C. § 3142(i)(1).

## FINDINGS OF FACT

After a hearing, I found probable cause to believe that on December 16, 2005 the defendant robbed a bank by passing a note to the teller stating that he had a gun and a bomb. He then demanded money in denominations of $100, $50 and $20 and threatened harm if he was given a "dye pack."

The investigating FBI agent showed the surveillance video of the robbery to someone who knew the defendant and who identified him. Additionally, his fingerprint was found on the note.

The same agent has been investigating other robberies and he detailed the evidence that

he had accumulated concerning six other bank robberies that occurred between the beginning of December, 2005 to the middle of February, 2006. On the basis of the evidence I heard, I believe that there is probable cause to believe that the defendant committed all six of them.

## REASONS FOR DETENTION

### Eligibility

The government seeks the defendant's pre-trial detention pursuant to 18 U.S.C. § 3142(f)(1), which authorizes the pre-trial detention of a defendant who, like this defendant, is charged with a crime of violence. Since the defendant is charged with bank robbery he is charged with a crime of violence.

### Pertinent Factors

In determining whether there are conditions of release which will reasonably assure the appearance of the defendant in court as required and the safety of the community the court is to consider:

1. The nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug;

2. The weight of the evidence;

3. The history and characteristics of the person, including

    a. His character, physical and mental condition, family ties, employment, financial resources, length of residence in the community and community ties;

    b. Past conduct, history relating to drug or alcohol abuse;

    c. Criminal history;

    d. Record concerning appearance at court proceedings;

    e. Whether, at the time of the current offense or arrest, the person was on probation,

parole, or on other release pending trial, sentencing, appeal or completion of sentence for an offense under Federal, State or local law.

18 U.S.C. § 3142.

## Analysis

An analysis of these factors compels the conclusion that the defendant should be detained.

**The nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug.** Obviously, threatening to harm bank employees with a bomb and a gun is a dangerous, violent crime.

**Defendant's character, physical and mental condition, family ties, employment, financial resources, and length of residence in the community.** There is no indication that the defendant is employed but he has lived in the District of Columbia all of his life and his family was in court.

**The weight of the evidence.** The weight of the evidence regarding all the robberies is substantial. As to the incident that occurred on December 16, 2005, the defendant's fingerprint is on the note and he is so clearly depicted in the surveillance video that someone who knew him was able to identify him.

**History relating to drug or alcohol abuse.** There is no current information as to this factor, but the defendant does have a prior misdemeanor conviction for attempted possession of cocaine and his counsel indicated that he has a drug problem. He apparently lost his job with Metro because of it.

**Record concerning appearance at court proceedings and prior criminal record** and

**whether on probation or parole at the time of the present offense.** Defendant is serving a sentence for attempted theft in the second degree and he has an extensive and often violent criminal record. He has been convicted of shoplifting on four occasions, a violation of the Bail Act, embezzlement, car theft, assault, and assault and battery. Most significantly, he has been convicted of attempted robbery and robbery with a deadly weapon and has served 13 years in prison. Thus, the defendant is a dangerous and violent criminal.

## CONCLUSION

As I have explained, there is probable cause to believe that this dangerous and violent criminal has now committed six bank robberies. I have to conclude that there are no conditions I could set that would reasonably assure this defendant's appearance or that the would not commit new crimes if released. I therefore recommend that he be detained pending trial.

                                                                             _____

                                                                             JOHN M. FACCIOLA  
                                                                             UNITED STATES MAGISTRATE JUDGE

Dated: